IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3052 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LINZZY MARIE MALONE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for a 60-day continuance of her trial currently set for August 8, 2011. (Filing No. 18). The defendant states she needs additional time to investigate this case and resolve pretrial matters. The government does not oppose the requested continuance. The court finds the motion should be granted, in part. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 18), is granted in part.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on September 12, 2011, or as soon thereafter as the case may be called, for a duration of three (3) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 12, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 1st day of August, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge